IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:18 - CR |
| | ) | |
| v. | ) | |
| | ) | (J. ) |
| KEITH VAN BAKEL, | ) | |
| Defendant | ) | (Electronically Filed) |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Firearms On Federal Facilities)

On or about May 8, 2018, in the Middle District of Pennsylvania, the defendant,

KEITH VAN BAKEL,

did knowingly possess and cause to present a firearm in a Federal facility; to wit, the defendant transported and possessed a Ruger .40

caliber firearm at the Carlisle Barracks, Carlisle, PA.

In violation of Title 18, United States Code, Section 930(a).

DAVID J. FREED
United States Attorney

Dated: 7/2/18

Kim Douglas Daniel
Assistant United States Attorney